Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440.2373

*Attorneys for Defendants Topgolf USA Las Vegas,
LLC and Top Golf USA, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELBA SERVIN, BRIAN GOMEZ, and NATALY PUEBLAS,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-01064-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs Elba Servin, Brian Gomez and Nataly Pueblas (collectively, "Plaintiffs") and Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc. (collectively, "TG Defendants")[1], by and through their respective counsel of record,

---

[1] Defendant Silvino Hinojosa is currently incarcerated in the Clark County Detention Center and has not yet appeared in this matter.

hereby stipulate and agree to extend the time for TG Defendants to respond to Plaintiffs' First Amended Complaint ("FAC") (ECF No. 10). TG Defendants' response to Plaintiffs' FAC is currently due July 9, 2021. TG Defendants request an extension of time up to and including July 16, 2021 in which to respond. This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

| DATED this 7th day of July, 2021. | DATED this 7th day of July, 2021. |
|---|---|
| LAW OFFICES OF JAMES J. LEE | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *James J. Lee* | /s/ *Suzanne L. Martin* |
| James J. Lee<br>Nevada Bar No. 1909<br>Law Offices of James J. Lee<br>2620 Regatta Drive #102<br>Las Vegas, NV 89128<br>*Attorney for Plaintiffs* | Suzanne L. Martin<br>Nevada Bar No. 8833<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br><br>Molly M. Rezac<br>Nevada Bar No. 7435<br>200 S. Virginia Street, 8th Floor<br>Reno, NV 89501<br><br>*Attorneys for Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 7, 2021

2