James J. Lee, Esq.
NV Bar No. 1909
LEGAL OFFICES OF JAMES J. LEE
2620 Regatta Drive #102
Las Vegas, NV 89128
*****
600 W. Broadway St. Suite 920
San Diego, CA 92110
Cell: 702-521-4377
Ofc: 702-664-6545
Fax: 702-946-1115
james@leelitigate.com

*Attorney for Plaintiffs Elba Servin, Brian Gomez, and Nataly Pueblas*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ELBA SERVIN, BRIAN GOMEZ, and NATALY PUEBLAS,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-01064-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS MOTION TO STRIKE CERTAIN PARAGRAPHS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs Elba Servin, Brian Gomez and Nataly Pueblas (collectively, "Plaintiffs") and Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc. (collectively, "TG Defendants")[1], by and through their respective counsel of

---

[1] Defendant Sivino Hinojosa is currently incarcerated in the Clark County Detention Center and has not yet appeared in this matter.

- 1 -

record, hereby stipulate and agree to extend the time for Plaintiffs to respond to Defendants Topgolf USA Las Vegas, LLC and Topgolf USA, Inc.'s Motion to Strike Certain Paragraphs of Plaintiffs' First Amended Complaint (ECF No. 16).  Plaintiffs' response to Defendants' Motion to Strike is currently due July 30, 2021.  Plaintiffs request an extension of time up to and including August 16, 2021, in which to respond.  This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 28th day of July, 2021.                   DATED this 28th day of July, 2021.

LAW OFFICES OF JAMES J. LEE                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *James J. Lee*                                              /s/ *Molly M. Rezac*
James J. Lee                                                      Suzanne L. Martin
Nevada Bar No. 1909                                         Nevada Bar No. 8833
Law Offices of James J. Lee                               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2620 Regatta Drive #102
Las Vegas, NV 89128                                        Wells Fargo Tower
*Attorney for Plaintiffs*                                     Suite 1500
                                                                        3800 Howard Hughes Parkway
                                                                        Las Vegas, NV  89169

                                                                        Molly M. Rezac
                                                                        Nevada Bar No. 7435
                                                                        200 S. Virginia Street, 8th Floor
                                                                        Reno, NV  89501
                                                                        *Attorneys for Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 29, 2021