James J. Lee, Esq.
NV Bar No. 1909
LEGAL OFFICES OF JAMES J. LEE
2620 Regatta Drive #102
Las Vegas, NV 89128
*****
600 W. Broadway St. Suite 920
San Diego, CA 92110
Cell: 702-521-4377
Ofc: 702-664-6545
Fax: 702-946-1115
james@leelitigate.com

*Attorney for Plaintiffs Elba Servin, Brian Gomez, and Nataly Pueblas*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ELBA SERVIN, BRIAN GOMEZ, and NATALY PUEBLAS,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-01064-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs Elba Servin, Brian Gomez and Nataly Pueblas (collectively, "Plaintiffs") and Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc. (collectively, "TG Defendants")[1], by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiffs to respond to Defendants

---

[1] Defendant Sivino Hinojosa is currently incarcerated in the Clark County Detention Center and has not yet appeared in this matter.

Topgolf USA Las Vegas, LLC and Topgolf USA, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 17).  Plaintiffs' Response to Defendants' Motion to Strike is currently due July 30, 2021.  Plaintiffs request an extension of time up to and including August 16, 2021, in which to respond.  This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 28th day of July, 2021.  DATED this 28th day of July, 2021.

LAW OFFICES OF JAMES J. LEE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *James J. Lee*
James J. Lee
Nevada Bar No. 1909
Law Offices of James J. Lee
2620 Regatta Drive #102
Las Vegas, NV 89128
*Attorney for Plaintiffs*

/s/ *Molly M. Rezac*
Suzanne L. Martin
Nevada Bar No. 8833
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169

Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV  89501
*Attorneys for Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc.*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 29, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

   Suzanne Martin (suzanne.martin@ogletree.com)
   Molly Reznac (molly.reznac@ogletreedeakins.com)

   Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing was made on July 28, 2021, by depositing a true and correct copy of same for mailing, first-class mail, postage prepaid thereon, at San Diego, California, addressed to the following:

Silvino Hinojosa, ID #01722886
Clark County Detention Center
330 S. Casino Center Boulevard
Las Vegas, NV 89101-6102
*Defendant in pro se*

   DATED this 28th day of July, 2021.

/s/ *Ashley Kuhnert*

An employee of Legal Offices of James J. Lee

- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Suzanne Martin (suzanne.martin@ogletree.com)
Molly Reznac (molly.reznac@ogletreedeakins.com)

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing was made on July 28, 2021, by depositing a true and correct copy of same for mailing, first-class mail, postage prepaid thereon, at San Diego, California, addressed to the following:

Silvino Hinojosa, ID #01722886
Clark County Detention Center
330 S. Casino Center Boulevard
Las Vegas, NV 89101-6102
*Defendant in pro se*

DATED this 28th day of July, 2021.

/s/ *Ashley Kuhnert*

An employee of Legal Offices of James J. Lee

- 3 -