Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone: 775.440.2373

*Attorneys for Defendants Topgolf USA Las Vegas,
LLC and Top Golf USA, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELBA SERVIN, BRIAN GOMEZ, and NATALY PUEBLAS,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01064-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs Elba Servin, Brian Gomez and Nataly Pueblas (collectively, "Plaintiffs") and Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc. (collectively, "Defendants")[1], by and through their respective counsel of record,

---

[1] Defendant Silvino Hinojosa is currently incarcerated in the Clark County Detention Center.

hereby request and stipulate to extend the time for Defendants to file their response to Plaintiff's Notice of Related Cases (LR 42-1(a)) and Motion to Consolidate Related Case [No. 2:20-cv-01871-RFB-NJK] (LR 42-1(b)) (ECF No. 19). Defendants' response is currently due August 2, 2021. The parties request an extension of time up to and including August 9, 2021 for Defendants to file their response. The additional time will allow Defendants to properly research the issues and respond to the motion. This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 29th day of July, 2021.                    DATED this 29th day of July, 2021.

LAW OFFICES OF JAMES J. LEE                            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *James J. Lee*                                     /s/ *Molly M. Rezac*

James J. Lee                                           Suzanne L. Martin
Nevada Bar No. 1909                                    Nevada Bar No. 8833
Law Offices of James J. Lee                            Wells Fargo Tower
2620 Regatta Drive #102                                Suite 1500
Las Vegas, NV 89128                                    3800 Howard Hughes Parkway
*Attorney for Plaintiffs*                              Las Vegas, NV 89169

Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV 89501

*Attorneys for Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

July 29, 2021
_____
DATED

2